IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUAN PINEDA, on behalf of himself and other persons similarly situated | ) ) ) |
| | CIVIL ACTION NO. 17-4882 |
| *Plaintiffs*, | ) ) |
| v. | ) ) |
| | JUDGE FELDMAN |
| | ) |
| | MAG. JUDGE KNOWLES |
| SUPERIOR LABOR SERVICES, INC. and CONRAD INDUSTRIES, INC., | ) ) ) |
| *Defendants*. | ) |

# ORDER

After considering Plaintiff's *Motion to Dismiss Without Prejudice*, it is hereby ORDERED that Plaintiff's Motion is GRANTED and that the claims of plaintiff, Juan Pineda, against defendants, Superior Labor Services, Inc. and Conrad Industries, Inc., be, and they hereby are, dismissed without prejudice.

IT IS FURTHER ORDERED: that Superior Labor Services, Inc.'s counterclaim is dismissed without prejudice. The Clerk of Court shall close the case.

New Orleans, Louisiana, this __17th__ day of _____April_____, 2018.

_____
**HON. MARTIN FELDMAN**
**UNITED STATES DISTRICT JUDGE**